UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE TAYLOR, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>THE STATE OF WASHINGTON DEPARTMENT OF JUVENILE YOUTH AND FAMILY SERVICES - FAR AND CPS DEPARTMENT, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:19-cv-01869-RAJ-JRC<br><br>ORDER DENYING MOTION FOR A MORE DEFINITE STATEMENT |

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and MJR 1, 3, and 4. Before the Court is certain defendants' motion for a more definite statement. *See* Dkt. 19.

After plaintiff filed her initial complaint in this matter, she filed an amended complaint as a matter of course. *See* Dkt. 27; Fed. R. Civ. P. 15(a)(1)(B). Defendants' motion for a more definite statement is directed the original complaint and is therefore moot. *See* Dkt. 19; *Rhodes*

1 | *v. Robinson*, 621 F.3d 1002, 1005 (9th Cir. 2010).

2 | Accordingly, the motion for a more definite statement is denied.  *See* Dkt. 19.

3 | Dated this 9th day of April, 2020.

_____
J. Richard Creatura
United States Magistrate Judge