UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE TAYLOR, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE STATE OF WASHINGTON DEPARTMENT OF JUVENILE YOUTH AND FAMILY SERVICES - FAR AND CPS DEPARTMENT, *et al.*,<br><br>          Defendants. | CASE NO. 2:19-cv-01869-RAJ-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER: Olympia Defendants' motion to dismiss (Dkt. 20) is denied as moot and without prejudice to their ability to file a renewed motion to dismiss. The Clerk shall send copies of this Order to plaintiffs and to Judge Creatura.

Dated this 1st day of May, 2020.

_____
The Honorable Richard A. Jones
United States District Judge