1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10   STEPHANIE TAYLOR, *et al.*,

11                                   Plaintiffs,

12           v.

13   ROSS MACDOUGALL, *et al.*,

14                                   Defendants.

CASE NO. 2:19-cv-01869-RAJ-JRC

ORDER ALLOWING LATE
RESPONSE

15

16      This matter is before the Court on plaintiffs' "motion for leave to file sur-reply," which

17   the Court interprets as a request for the Court to consider plaintiffs' response to defendants'

18   motion to dismiss (Dkt. 75) as timely filed. *See* Dkt. 82. The Court has also considered

19   defendants' objection and request to strike plaintiffs' response. *See* Dkt. 84, at 1.

20      Although plaintiffs filed their response two days after the deadline to do so, the Court

21   will allow the untimely response and will consider it when making a recommendation on the

22   merits of defendants' motion to dismiss. *See* Dkt. 75.

23   ///

24

ORDER ALLOWING LATE RESPONSE - 1

1    The Court will issue a separate report and recommendation on the motion to dismiss and

2    will rule on plaintiffs' other pending motions by separate order.  This Order does not grant

3    plaintiffs permission to file a sur-reply in opposition to defendants' reply in support of their

4    motion to dismiss.  Dkt. 84.

5    Dated this 24th day of August, 2020.

6

7

8

9    J. Richard Creatura
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ALLOWING LATE RESPONSE - 2