1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHANIE TAYLOR, *et. al.*,

            Plaintiffs,

   v.

ROSS MACDOUGALL, *et al.*,

            Defendants.

CASE NO. 2:19-cv-01869-RAJ-JRC

ORDER DENYING RECONSIDERATION

This matter is before the Court on plaintiffs' motion for reconsideration (Dkt. 76) of the Court's order denying her motion for a protective order and striking her motion to admit evidence. Dkt. 72.

Plaintiffs' motion for a protective order requested that the Court seal various documents; however, because plaintiffs neither complied with the procedure for requesting that documents be sealed nor showed good cause to seal the documents, the Court denied the motion. *See* Dkt. 72. The Court also struck the motion to admit evidence because the motion contained

1  unredacted personal information and because plaintiffs had not obtained leave of court to file the
2  motion under seal.  *See* Dkt. 72, at 1–2.

3  Plaintiffs now request reconsideration and appear to assert that they were prejudiced
4  because defendants belatedly filed certain responses to plaintiffs' motions.  *See* Dkt. 76, at 2.
5  However, defendants' responses were timely filed.  The Court notes that, contrary to plaintiffs'
6  argument, plaintiffs' motion to admit evidence was noted for consideration on July 17, 2020.
7  Dkt. 62.

8  Moreover, plaintiffs' arguments do not address the bases for the Court's order denying
9  the motion for a protective order and striking the motion to admit evidence.  Thus plaintiffs have
10 not shown that reconsideration is appropriate.  *See* Local Civil Rule 7(h)(1) ("The court will
11 ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or
12 a showing of new facts or legal authority which could not have been brought to its attention
13 earlier with reasonable diligence.")]

14 Therefore, the motion for reconsideration (Dkt. 76) is denied.

15 Dated this 31st day of August, 2020.

J. Richard Creatura
United States Magistrate Judge