UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE TAYLOR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF JUVENILE YOUTH AND FAMILY SERVICES - FAR AND CPS DEPARTMENT, *ET AL.*,<br><br>Defendants. | CASE NO. 2:19-cv-01869-RAJ-JRC<br><br>ORDER DENYING MOTION FOR "EXCUSABLE NEGLECT" |

This matter is before the Court on plaintiff's "motion for order pursuant to Fed. Civ. P. Rule (6)(B)(1)(B) Excusable Neglect." Dkt. 99. Plaintiff requests to be allowed to file a second amended complaint. Dkt. 99.

First, the Court again clarifies for plaintiff that she has *not* been granted leave to file an amended complaint unless the District Court adopts the undersigned's report and recommendation, which is currently pending. *See* Dkt. 89.

1 Second, plaintiff has not complied with the requirements for requesting to amend her
2 complaint:

3    A party who moves for leave to amend a pleading, or who seeks to amend
   a pleading by stipulation and order, must attach a copy of the proposed amended
4  pleading as an exhibit to the motion or stipulation. The party must indicate on the
   proposed amended pleading how it differs from the pleading that it amends by
5  bracketing or striking through the text to be deleted and underlining or highlighting
   the text to be added. The proposed amended pleading must not incorporate by
6  reference any part of the preceding pleading, including exhibits.

7 *See* Local Civil Rule 15.

8    Therefore, plaintiff's motion is denied.

9    Dated this 18th day of November, 2020.

10

11

12                                                 _____
                                                   J. Richard Creatura
13                                                 United States Magistrate Judge

ORDER DENYING MOTION FOR "EXCUSABLE
NEGLECT" - 2