UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE TAYLOR, *et al.*,

    Plaintiffs,

    v.

ROSS MACDOUGALL, *et al.*,

    Defendants.

Case No.  2:19-cv-01869-RAJ-JRC

ORDER

Having reviewed the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, any objections or responses thereto, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. # 59).

(2) Olympia Defendants' Motion for Summary Judgment (Dkt. # 43) is **GRANTED**, and claims against the Olympia Police Department defendants are **DISMISSED with prejudice**.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Creatura.

DATED this 8th day of December, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1