HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE TAYLOR, *et al.*,

    Plaintiffs,

    v.

ROSS MACDOUGALL, *et al.*,

    Defendants.

Case No. 2:19-cv-01869-RAJ-JRC

ORDER

Having reviewed the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, any objections or responses thereto, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. # 89).

(2) State Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed by Defendants Ross MacDougal, Paula McKerchie, Debbie Lynn, Kui Hug, Amanda Verla, and Ciara Murphy (collectively, "Moving Defendants"), is **GRANTED** (Dkt. # 75).

(3) Plaintiffs other than Stephanie Taylor are dismissed from this action.

(4) All claims against Moving Defendants are dismissed. Dismissal of all claims is without prejudice except the dismissal of the claims under 18 U.S.C. § 242 is

ORDER – 1

with prejudice. Moreover, Plaintiff Taylor is granted leave to amend to assert claims against moving defendants in their *individual* capacities as set forth in the Report and Recommendation.

(5) Plaintiff Taylor shall have 30 days from the date of this Order to file an amended complaint on the form provided by the Court. She cannot reassert claims dismissed with prejudice or claims on behalf of others than herself. Failure to timely file an amended complaint or to otherwise comply with this Order may result in dismissal of this matter.

(6) The Clerk shall send a copy of this Order and the appropriate form complaint to Plaintiff Taylor. The Clerk shall also send a copy of this Order to Judge Creatura.

DATED this 8th day of December, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2