UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHANIE TAYLOR,

        Plaintiff,

    v.

STATE OF WASHINGTON DEP'T OF JUVENILE YOUTH AND FAMILY SERVS. – FAR AND CPS DEP'T, *et al.*,

        Defendants.

CASE NO. 2:19-cv-01869-RAJ-JRC

ORDER STRIKING COMPLAINTS AND ORDERING PLAINTIFF TAYLOR TO FILE AN AMENDED COMPLAINT

This matter is before the Court on referral from the District Court.

Plaintiff Taylor, who is *pro se*, filed a complaint that appeared to seek to bring claims on behalf of herself, Sandra Brown, and various minors against various officers of the Olympia Police Department ("OPD") and various State employees. *See generally* Dkt. 28.

In June and September 2020, respectively, the Court issued two reports and recommendations to dismiss certain of the claims and defendants in this matter. Dkts. 59, 89. The District Court adopted both reports and recommendations. Dkts. 113, 114. The District Court dismissed the OPD defendants and the claims under 18 U.S.C. § 242 with prejudice,

meaning that plaintiff cannot reassert those claims. And the District Court dismissed claims brought in the names of all plaintiffs other than plaintiff Taylor. Dkt. 114, at 1. The District Court also dismissed claims brought against the remaining, non-OPD defendants. Dkt. 114, at 1–2. However, the Court specifically granted plaintiff leave to amend to assert claims against the non-OPD defendants in their individual capacities, so long as those claims were brought solely in plaintiff Taylor's name. The Court instructed plaintiff that she "shall have 30 days from the date of this Order to file an amended complaint. . . . She cannot reassert claims dismissed with prejudice or claims on behalf of others than herself." Dkt. 114, at 2.

Despite this instruction, plaintiff Taylor failed to timely file an amended complaint responsive to the Court's Order. Because plaintiff filed amended complaints in the interim between when the undersigned issued the September report and recommendation and when the District Court issued its order adopting that report and recommendation, it appears that plaintiff may be confused regarding whether she has satisfied the District Court's order.

Therefore, the Court will grant plaintiff Taylor **twenty-eight days** from the date of this Order to file an amended complaint, if she wishes. She shall not include any claims previously dismissed with prejudice in this matter. Her amended complaint shall not incorporate any prior complaints by reference and must be complete in and of itself, since an amended complaint supersedes all prior complaints. She must clearly and succinctly state her claims. She is reminded that the Court has specifically instructed her not to re-assert claims dismissed with prejudice (i.e. the claims under 18 U.S.C. § 242 and against the OPD defendants) or on behalf of others than herself. Failure to follow these instructions may result in dismissal of some claims—or the entire lawsuit—for failure to comply with a Court Order.

///

The Court also strikes the prior amended complaints, which were filed without leave of court. Dkts. 100, 101, 103, 105.

Dated this 15th day of June, 2021.

J. Richard Creatura
Chief United States Magistrate Judge