UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON DEP'T OF JUVENILE YOUTH AND FAMILY SERVS. – FAR AND CPS DEP'T, *et al.*,<br><br>        Defendants. | CASE NO. 2:19-cv-01869-RAJ-JRC<br><br>~~(PROPOSED)~~ ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The case is dismissed without prejudice. The Clerk shall send a copy of this Order to plaintiff and to Judge Creatura and shall close the case.

Dated this 18th day of November, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge