# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE TAYLOR,<br><br>              Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON DEP'T OF JUVENILE YOUTH AND FAMILY SERVS. – FAR AND CPS DEP'T, *et al.*,<br><br>              Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. 2:19-cv-01869-RAJ-JRC |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT this action is dismissed for failure to comply with a Court order.

Dated this the 18th day of November, 2021.

                                            Ravi Subramanian
                                            Clerk of Court

                                            Sandra Rawski
                                            Deputy Clerk